~~MOTION~~
~~ORDER~~ FOR EMERGENCY
INJUNCTIVE RELIEF

FILED
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kurtis Allen Clifford

v

William Sivley et. al.

CASE: 07 2147

It is HEREBY GRANTED (EMERGENCY INJUNCTIVE RELIEF) on behalf of the plaintiff WHEREBY: FURTHER STIPULATED That the WASH D.C. VA Hosp. will house said Disabled Veteran while he is being seen by clinical team and being considered for treatment as is ethical in lieu of his prensent injuries. And in furtherance this tort adds insult to plaintiff's present Disabilities suffered from services and injuries U.S. NAVY by him.

_____ For the District
U.S. of Columbia.

I hereby certify that copies of all proceeding are served to defendants by U.S. Marshal service this _____ day of _____ 2007

RECEIVED
NOV 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3