IN THE U.S. DISTRICT COURT FOR DISTRICT OF COLUMBIA

FILED
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kurtis Allen Clifford

Case. 07 2147

v.

[illegible] vley et. al.

RECEIVED
NOV 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO EXPEDITE

And as reason states thereof: the urgency of this matter constitues cruel and unsual punishment precluded by 8th Amendment US Constitution, and in furtherance the defendants unlawful acts are without compassion or regard to plaintiff's medical condition, subsequently plaintiff suffers from chronic back pain, PTSD, Displaced 2nd Metatacel in right foot, Arthiritis conjunctively, attify-muscle lose in heal-ankle, calf, thigh and hip Rt side, servere Migraine headaches Depression in lieu of lack of support from professional oppression excibited by defendants callous and disregard for the Veterans condition violated his right under A.D.A. 1990 Federal tort claims Act conjunction to deprivation caused by wanton torts in violation of Art 42, 1983, 1985.4 USCA, Medical negleyence, ill regard for plaintiff plight.