IN THE US DISTRICT COURT FOR DISTRICT OF COLUMBIA

Kurtis Allen Clifford

v.

William Sivley et al

Case: 07 2147

FILED
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
NOV 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO COMPEL (DISCLOSURE)

And as reasons states thereof:

1) William Sivley's title is patient advocate. A conflict of interest since he has no intent to advocate on plaintiff's behalf, in these regards

2) Howard Shulman MD has not had training in psychiatric practice, why then is he appointed to Disruptive behavior Management Committee.

3) The collpratt volenteer services Stefanie Burs Denied lodging at outset to plaintiff because she alleged he was homeless and had no right to Hoptel services, plaintiff's lease attach hereto. Based on Hearsay alone with no evidence what so ever physical or otherwise a report dated April 2006 unsigned accused unlawfully plaintiff of using Marijuana on VA Hosp. property by plaintiff, improper foundation and 5

II. unsubstatiated, never coming up for review and punished unfairly and unlawfully plaintiff for acts he never committed these are the sole reasons for these deprivations, subsequenctly defendant Sivley insists that committee consists of 8 or 10 members (unnamed) of course and accused plaintiff is told by Sivley meeting time, place and members are secret.

Hooded invisiable aberastions of in Justice so vial the plaintiff as this Honorable Court will fill unexceptable.

A list of charactor and rebuttable witnesses on behalf of plaintiff is up coming in supplement to these Justified complaints Art 42, sec 1983 sec 1985 USCA malpractice, inhuman and cloaked and dagger tactics to this institution is notwithstanding Justice, but rather injustice at a wanton and premeditated manner, fair only to those whom deny a disablied veterans rights to that which he has earned. professional oppression is not by any means ethical but decietful and full of malice by defendants in this instant case.