UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KURTIS ALLEN CLIFFORD, | ) | |
| | ) | |
| Plaintiff *pro se*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2147 (PLF) |
| | ) | |
| WILLIAM SIVLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

The Defendants[1] respectfully request that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[1] According to the complaint, the Defendants are: William Sivley, Howard Shulman, M.D., and Stephanie Burns. From a review of the complaint, these individuals appear to be employees of the Department of Veterans Affairs.

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was mailed, postage pre-paid, to Kurtis Allen Clifford, Plaintiff *pro se*, on this 10th day of January 2008, to the following address:

Kurtis A. Clifford
3870 North Andrews
Apt. # 310
Ft. Lauderdale, FL.  33309

    ___/s/_____
    JUDITH A. KIDWELL
    Assistant U.S. Attorney