UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KURTIS ALLEN CLIFFORD** | )<br>)<br>) |
| **Plaintiff** *pro se*, | )<br>) |
| v. | ) Civil Action No.: 07-2147 (PLF)<br>) |
| **WILLIAM SIVLEY**, *et al.*, | )<br>)<br>) |
| **Defendants.** | )<br>) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWERS OR OTHER RESPONSES**

Defendants,[1] through their undersigned attorneys, hereby respectfully request an enlargement of time, to and including March 7, 2008, within which to file their answers or other responses to the complaint filed herein. Defendants' answers or other responses are now due on February 11, 2008.

This is Defendants' first request for an enlargement of time for this purpose. Defendants' counsel attempted to reach Plaintiff at the telephone number appearing on the complaint to obtain his position as to the relief requested. However, counsel was advised by a woman who answered the telephone that it was not Plaintiff's telephone number. Therefore, counsel was unable to obtain Plaintiff's position on the relief requested.

There is good cause for this motion. Counsel has not yet received any records relating to the events described in the complaint and, therefore, additional time is needed by counsel to obtain information concerning these allegations in order to properly respond to the complaint.

---

[1] According to the complaint, the Defendants are: William Sivley, Howard Shulman, M.D., and Stephanie Burns, all employees of the Veterans Administration.

Accordingly, Defendants are requesting an extension of time to and including March 7, 2008, to file their answers or other responses to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KURTIS ALLEN CLIFFORD** | ) ) ) | |
| Plaintiff *pro se*, | ) ) | |
| v. | ) ) | Civil Action No.: 07-2147 (PLF) |
| **WILLIAM SIVLEY**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file their answers or other responses to the complaint herein, any Opposition thereto, and the entire record herein, it is this _____ day of February, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHERED ORDERED** that Defendants shall have until and including March 7, 2008, to file their answers or other responses to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Defendants' Counsel by ECF

Kurtis A. Clifford
3870 North Andrews
Apt. 310
Ft. Lauderdale, FL. 33309

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was mailed, postage pre-paid, to Kurtis Clifford, Plaintiff *pro se*, on this 8th day of February, 2008, to the following address:

Kurtis A. Clifford
3870 North Andrews
Apt. 310
Ft. Lauderdale, FL. 33309

                                            ___/s/_____
                                            JUDITH A. KIDWELL
                                            Assistant U.S. Attorney