UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KURTIS ALLEN CLIFFORD, | ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No. 07-2147 (PLF) |
| WILLIAM SIVLEY et al., | ) ) | |
| Defendants. | ) ) | |

ORDER

Pending before the Court is defendants' unopposed motion to dismiss. By Order of March 11, 2008, plaintiff, proceeding pro se, was advised consistent with Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) and Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992) about his obligation to respond to defendant's motion by April 16, 2008, or risk dismissal of the case on a conceded motion. Plaintiff has neither filed a response nor sought leave for additional time to respond. Accordingly, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. No. 11] is GRANTED as conceded; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order. See Rule 4(a), Fed. R. App. P.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: June 17, 2008                United States District Judge